ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Halbert Construction Company, Inc. | ) ASBCA Nos. 62250, 62251 |
| | ) |
| Under Contract No. W912PL-10-D-0114 | ) |

APPEARANCE FOR THE APPELLANT:         Jason R. Thornton, Esq.
                                        Finch, Thornton & Baird, LLP
                                        San Diego, CA

APPEARANCES FOR THE GOVERNMENT:      Michael P. Goodman, Esq.
                                        Engineer Chief Trial Attorney
                                        Mary K. Wrightson, Esq.
                                        Engineer Trial Attorney
                                        U.S. Army Engineer District, Los Angeles

OPINION BY ADMINISTRATIVE JUDGE WILSON

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeals are sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $550,000. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

Dated: July 27, 2023

OWEN C. WILSON
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                 I concur

JOHN J. THRASHER               RICHARD SHACKLEFORD
Administrative Judge              Administrative Judge
Chairman                             Vice Chairman
Armed Services Board              Armed Services Board
of Contract Appeals                of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA Nos. 62250, 62251, Appeals of Halbert Construction Company, Inc., rendered in conformance with the Board's Charter.

Dated: July 27, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals